VAN C. DURRER II (CA Bar No. 226693)  
(Van.Durrer@skadden.com)  
RAMON M. NAGUIAT (CA Bar No. 209271)  
(Ramon.Naguiat@skadden.com)  
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP  
300 South Grand Avenue  
Los Angeles, California 90071-3144  
Telephone:  (213) 687-5000  
Facsimile:   (213) 687-5600  

**JS-6**

Attorneys for Plaintiff,  
DEVELOPMENT SPECIALISTS, INC.,  
as Assignee for the Benefit of Creditors of  
Network Physics, Inc.  

UNITED STATES DISTRICT COURT  

CENTRAL DISTRICT OF CALIFORNIA  

| | |
|---|---|
| DEVELOPMENT SPECIALISTS, INC., Assignee for the Benefit of Creditors of Network Physics, Inc., <br><br> Plaintiff, <br><br> v. <br><br> DATAART ENTERPRISES, INC., a New York Corporation, <br><br> Defendant. | CASE NO.: CV 08-05767 VBF FMOx <br><br> **ORDER DISMISSING CASE** |

Based on the Stipulation of Dismissal, and good cause appearing, this case is hereby dismissed with prejudice.

Dated:  September_16, 2009

BY: _Valerie Baker Fairbank_  
UNITED STATES DISTRICT JUDGE